UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No: 2:18-CR-182-2 |
| | : | Judge Algenon L. Marbley |
| JEROME WATKINS, JR., | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Government's Motion for Review and Revocation of Release Order. (ECF No. 11). On September 21, 2018, this Court held an Arraignment for Mr. Watkins. At that hearing, the Court orally **DENIED** the Government's Motion and **ORDERED** that each defendant remain on bond. (Dkt.) This document serves to memorialize that Order.

IT IS SO ORDERED.

                                                                         <u>s/Algenon L. Marbley</u>
                                                                        ALGENON L. MARBLEY
                                                                         UNITED STATES DISTRICT COURT

**DATED: October 2, 2018**